MARY ANN HAYWARD, Respondent, *v.* MATTHW T. BRENNAN, Sheriff, etc., Appellant.

(Argued April 14, 1876: decided May 30, 1876,)

*Edward Patterson* for the appellant.

*Edwin M. Felt* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.